IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   99-cv-01896-RPM

DAVID ESCH,
DONALD ESCH,
JUDITH ESCH BROWN,
PAUL ESCH,
RAYMOND ESCH and
REGINA WORTHINGTON,
General Partners of and doing business as Horsecreek Farms,

        Plaintiffs,

v.

ANN VENEMAN, Secretary, United States Department of Agriculture,

        Defendant.
_____

ORDER OF DISMISSAL
_____

        Pursuant to the Stipulation for Dismissal (Doc. # 56), filed on January 3, 2006, it is

        ORDERED that this complaint and action are dismissed, with prejudice, each party to pay its own costs.

        DATED: January 4th, 2006.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge